*Leo H. Klugherz* and *Leonard A. Snitkin* for appellant.
*Joab H. Banton, District Attorney* (*Charles Henry* of counsel) for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARVYN SCUDDER, Appellant, *v.* J. MITCHELL HOYT et al., Respondents.

*Commissions — loans — action to recover commissions for procuring loan — complaint dismissed under provision of section* 380 *of General Business Law limiting commissions to one-half of one per cent*

*Scudder* v. *Hoyt*, 218 App. Div. 11, affirmed.

(Argued February 24, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1926, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover on a written contract whereby defendants agreed to pay three and one-third per cent commission to plaintiff for his services in procuring a loan to a corporation in which they were interested. The complaint was dismissed on the ground that section 380 of the General Business Law, providing that no one shall receive more than one-half of one per cent for procuring loans, other than on real property, applied.

*Henry Wollman, Edward S. Seidman* and *Robert G. Starr* for appellant.

*Samuel H. Kaufman* and *Leo Oppenheimer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.